UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ANTHONY KURPIEL,<br><br>                          Plaintiff<br><br>   v.<br><br>AURAM, et al.,<br><br>                          Defendants | Case No. 2:24-cv-00203-RFB-BNW<br><br>ORDER |

      Plaintiff filed a motion for update noting that he never received anything back from the Court about the initiation of his case. (ECF No. 4). Thus, it is unclear to him whether the Court received any of his filings. (*Id.*) The Court grants the motion for update.

      IT IS ORDERED that the motion for update (ECF No. 4) is granted. The Clerk of the Court will send Plaintiff courtesy copies of the docket sheet, the advisory letter (ECF No. 2), and the February 1, 2024, order (ECF No. 3).

      DATED THIS 23 day of February 2024.

                                                  _____<br>
                                                  UNITED STATES MAGISTRATE JUDGE